IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12MJ168 |
| v. | : | |
| STEPHEN E. KIRBY, II | : | ORDER UNSEALING CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT |
| | : | AND ARREST WARRANT |

IT IS HEREBY ORDERED that the Criminal Complaint, Supporting Affidavit, and Arrest Warrant sealed by the order of this court, be unsealed by the Clerk of Courts.

May 8, 2012                                                    s/ **Michael R. Merz**
                                                                                            United States Magistrate Judge